STEVEN A. ELLIS (SBN 171742)
*sellis@goodwinprocter.com*
ALISON M. NORRIS (SBN 248711)
*anorris@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa Street, 41st Floor
Los Angeles, California  90017
Tel.: 213.426.2500
Fax: 213.623.1673

MICHAEL J. MOLONEY III (SBN 259140)
*mmoloney@goodwinprocter.com*
**GOODWIN PROCTER LLP**
Three Embarcadero Center, 24th Floor
San Francisco, California  94111
Tel.: 415.733.6000
Fax: 415.677.9041

Attorneys for Defendants: *ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.; Bank of America; Bank of America Home Loans, Inc.; BAC Home Loans Servicing, L.P.; Countrywide Home Loans, Inc.; The Bank of New York Mellon f/k/a The Bank of New York as Trustee for Certificate Holders CWALT, Inc. 2006 OA 11 Mortgage Pass-Through Certificates*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| PENNY L. PATINO; TRUSTEE PENNY L. PATINO'S LIVING TRUST,<br><br>Plaintiffs,<br><br>v.<br><br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; BANK OF AMERICA; BANK OF AMERICA HOME LOANS, INC.; BAC HOME LOANS SERVICING, L.P.; COUNTRYWIDE HOME LOANS, INC.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATE HOLDERS CWALT, INC. 2006 OA 11 MORTGAGE PASS-THROUGH CERTIFICATES, and Does 1-50,<br><br>Defendants. | Case No. 4:11-cv-00345-CW<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS AND MOTION TO REMAND HEARING DATES**<br><br>Date:         June 2, 2011<br>Time:        2:00 p.m.<br>Courtroom: 2<br>Judge:       Hon. Claudia Wilken |

LIBA/2163625.1

**[PROPOSED]** ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS AND
MOTION TO REMAND HEARING DATES                                                    Case No. 4:11-cv-00345-CW

1  Based upon the parties' Joint Stipulation Regarding Motion to Dismiss and Motion to
2  Remand Hearing Dates, dated March 31, 2011, and good cause having been shown, the hearings
3  on defendants ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.; Bank
4  of America; Bank of America Home Loans, Inc.; BAC Home Loans Servicing, L.P.; Countrywide
5  Home Loans, Inc.; and The Bank of New York Mellon f/k/a The Bank of New York as Trustee for
6  Certificate Holders CWALT, Inc. 2006 OA 11 Mortgage Pass-Through Certificates' (collectively,
7  "Defendants") Motion to Dismiss, and plaintiff Penny L. Patino's ("Plaintiff") Motion to Remand,
8  and the case management conference are continued to June 2, 2011.  The deadlines for Plaintiff
9  and Defendants to file Opposition and Reply briefs regarding the Motion to Dismiss and Motion to
10 Remand shall continue to be calculated according to L.R. 7-3.

11 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13 Dated: _____**April 5**_____, 2011    _____
                                              HONORABLE CLAUDIA WILKEN
                                              UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 5, 2011.

/s/ Michael J. Moloney III
Michael J. Moloney III

LIBA/2163625.1

2

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS AND MOTION TO REMAND HEARING DATES                Case No. 4:11-cv-00345-CW