1  STEVEN A. ELLIS (SBN 171742)
   *sellis@goodwinprocter.com*
2  ALISON M. NORRIS (SBN 248711)
   *anorris@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
4  Los Angeles, California  90017
   Tel.:  213.426.2500
5  Fax:  213.623.1673

6  MICHAEL J. MOLONEY III (SBN 259140)
   *mmoloney@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
8  San Francisco, California  94111
   Tel.:  415.733.6000
9  Fax:  415.677.9041

10 Attorneys for Defendants: *ReconTrust Company,
   N.A.; Mortgage Electronic Registration Systems,*
11 *Inc.; Bank of America; Bank of America Home
   Loans, Inc.; BAC Home Loans Servicing, L.P.;*
12 *Countrywide Home Loans, Inc.; The Bank of New
   York Mellon f/k/a The Bank of New York as Trustee*
13 *for Certificate Holders CWALT, Inc. 2006 OA 11
   Mortgage Pass-Through Certificates*

14

# UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA

16

### OAKLAND DIVISION

17

| | |
|---|---|
| PENNY L. PATINO; TRUSTEE PENNY L. PATINO'S LIVING TRUST,<br><br>             Plaintiffs,<br><br>        v.<br><br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; BANK OF AMERICA; BANK OF AMERICA HOME LOANS, INC.; BAC HOME LOANS SERVICING, L.P.; COUNTRYWIDE HOME LOANS, INC.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATE HOLDERS CWALT, INC. 2006 OA 11 MORTGAGE PASS-THROUGH CERTIFICATES, and Does 1-50,<br><br>             Defendants. | Case No. 4:11-cv-00345-CW<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS AND MOTION TO REMAND HEARING DATES**<br><br>Date:        June 16, 2011<br>Time:       2:00 p.m.<br>Courtroom:  2<br>Judge:      Hon. Claudia Wilken |

LIBW/1781468.1

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS AND
MOTION TO REMAND HEARING DATES                                                         Case No. 4:11-cv-00345-CW

1   Based upon the parties' Joint Stipulation Regarding Motion to Dismiss and Motion to
2   Remand Hearing Dates, dated May 11, 2011, and good cause having been shown, the hearings on
3   defendants ReconTrust Company, N.A.; Mortgage Electronic Registration Systems, Inc.; Bank of
4   America; Bank of America Home Loans, Inc.; BAC Home Loans Servicing, L.P.; Countrywide
5   Home Loans, Inc.; and The Bank of New York Mellon f/k/a The Bank of New York as Trustee for
6   Certificate Holders CWALT, Inc. 2006 OA 11 Mortgage Pass-Through Certificates' (collectively,
7   "Defendants") Motion to Dismiss, and plaintiff Penny L. Patino's ("Plaintiff") Motion to Remand,
8   are vacated.  The motions are taken under submission on the papers.  Plaintiff's opposition to
9   Defendants' motion to dismiss and Defendants' opposition to Plaintiff's motion to remand are due
10  May 26, 2011; replies are due June 2, 2011.  The case management conference previously set for
11  June 2, 2011 is continued to July 14, 2011.

12  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

13  Dated: _____**May 12**_____, 2011       _____
14                                               HONORABLE CLAUDIA WILKEN
                                                 UNITED STATES DISTRICT COURT JUDGE

LIBW/1781468.1                                  1
**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS AND
MOTION TO REMAND HEARING DATES**                         Case No. 4:11-cv-00345-CW

1  **PROOF OF SERVICE**

2  I further certify that this document filed through the ECF system will be sent
electronically to the registered participants as identified on the Notice of Electronic Filing
3  (NEF) and paper copies will be sent to those indicated as non registered participants on
May 12, 2011.
4

5  /s/ Michael J. Moloney III
   Michael J. Moloney III
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LIBW/1781468.1                                2
**[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING MOTION TO DISMISS AND
MOTION TO REMAND HEARING DATES**                              **Case No. 4:11-cv-00345-CW**