United States District Court
For the Northern District of California

1
2
3
4          IN THE UNITED STATES DISTRICT COURT
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   PENNY L. PATINO,                      No. C 11-00345 CW
8           Plaintiff,                    ORDER RE: COURT
                                          CONNECTED MEDIATION
9       v.
10  RECONSTRUCT COMPANY N.A.,
11          Defendant.
12  _____/
13
14       The Court at the recommendation of ADR unit refers this case
15  to court-connected mediation.  Mediation shall occur within 60 days
16  from the date of this order.
17
18  Dated: 7/15/2011                    _____
19                                      CLAUDIA WILKEN
                                        United States District Judge
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PENNY L. PATINO,

        Plaintiff,

  v.

RECONSTRUCT COMPANY N.A. et al,

        Defendant.

Case Number: CV11-00345 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 15, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Penny L. Patino
8 Hermosa Court
Danville, CA 94526

Dated: July 15, 2011

Richard W. Wieking, Clerk
By: Nikki Riley, Deputy Clerk