1  STEVEN A. ELLIS (SBN 171742)
   *sellis@goodwinprocter.com*
2  ALISON M. NORRIS (SBN 248711)
   *anorris@goodwinprocter.com*
3  **GOODWIN PROCTER LLP**
   601 S. Figueroa Street, 41st Floor
4  Los Angeles, California  90017
   Tel.: 213.426.2500
5  Fax: 213.623.1673

6  MICHAEL J. MOLONEY III (SBN 259140)
   *mmoloney@goodwinprocter.com*
7  **GOODWIN PROCTER LLP**
   Three Embarcadero Center, 24th Floor
8  San Francisco, California  94111
   Tel.: 415.733.6000
9  Fax: 415.677.9041

10 Attorneys for Defendants: *ReconTrust Company,
   N.A.; Mortgage Electronic Registration Systems,
11 Inc.; Bank of America; Bank of America Home
   Loans, Inc.; BAC Home Loans Servicing, L.P.;*
12 *Countrywide Home Loans, Inc.; The Bank of New
   York Mellon f/k/a The Bank of New York as Trustee*
13 *for Certificate Holders CWALT, Inc. 2006 OA 11
   Mortgage Pass-Through Certificates*

14
                    **UNITED STATES DISTRICT COURT**
15
                    **NORTHERN DISTRICT OF CALIFORNIA**
16
                           **OAKLAND DIVISION**
17

| | |
|---|---|
| PENNY L. PATINO; TRUSTEE PENNY L. PATINO'S LIVING TRUST, | Case No. 4:11-cv-00345-CW |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING COURT CONNECTED MEDIATION |
| v. | Courtroom:  2 |
| RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; BANK OF AMERICA; BANK OF AMERICA HOME LOANS, INC.; BAC HOME LOANS SERVICING, L.P.; COUNTRYWIDE HOME LOANS, INC.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATE HOLDERS CWALT, INC. 2006 OA 11 MORTGAGE PASS-THROUGH CERTIFICATES, and Does 1-50, | Judge:       Hon. Claudia Wilken |
| Defendants. | |

LIBA/2221075.1

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION REGARDING COURT CONNECTED
MEDIATION                                                                  Case No. 4:11-cv-00345-CW

1  Based upon the parties' Joint Stipulation Regarding Court Connected Mediation, dated
2  September 9, 2011, and good cause having been shown, court connected mediation shall be
3  completed within 60 days of September 13, 2011.
4
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** All pending motions are denied without prejudice and may be reset if mediation is unsuccessful.
6
   Dated: __**September 12**__, 2011                    _____
7                                                       HONORABLE CLAUDIA WILKEN
                                                        UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LIBA/2221075.1                                     1
[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING COURT CONNECTED
MEDIATION                                                         Case No. 4:11-cv-00345-CW