| | |
|---|---|
| 1 | STEVEN A. ELLIS (SBN 171742) |
|   | *sellis@goodwinprocter.com* |
| 2 | ALISON M. NORRIS (SBN 248711) |
|   | *anorris@goodwinprocter.com* |
| 3 | **GOODWIN PROCTER** LLP |
|   | 601 S. Figueroa Street, 41st Floor |
| 4 | Los Angeles, California  90017 |
|   | Tel.: 213.426.2500 |
| 5 | Fax: 213.623.1673 |
| 6 | MICHAEL J. MOLONEY III (SBN 259140) |
|   | *mmoloney@goodwinprocter.com* |
| 7 | **GOODWIN PROCTER** LLP |
|   | Three Embarcadero Center, 24th Floor |
| 8 | San Francisco, California  94111 |
|   | Tel.: 415.733.6000 |
| 9 | Fax: 415.677.9041 |
| 10 | Attorneys for Defendants: *ReconTrust Company,* |
|   | *N.A.; Mortgage Electronic Registration Systems,* |
| 11 | *Inc.; Bank of America; Bank of America Home* |
|   | *Loans, Inc.; BAC Home Loans Servicing, L.P.;* |
| 12 | *Countrywide Home Loans, Inc.; The Bank of New* |
|   | *York Mellon f/k/a The Bank of New York as Trustee* |
| 13 | *for Certificate Holders CWALT, Inc. 2006 OA 11* |
|   | *Mortgage Pass-Through Certificates* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | | |
|---|---|---|
| 17 | PENNY L. PATINO; TRUSTEE PENNY L. PATINO'S LIVING TRUST, | Case No. 4:11-cv-00345-CW |
| 18 |  | [~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION REGARDING COURT CONNECTED MEDIATION** |
| 19 | Plaintiffs, |  |
| 20 | v. |  |
| 21 | RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.; BANK OF AMERICA; BANK OF AMERICA HOME LOANS, INC.; BAC HOME LOANS SERVICING, L.P.; COUNTRYWIDE HOME LOANS, INC.; THE BANK OF NEW YORK MELLON f/k/a THE BANK OF NEW YORK AS TRUSTEE FOR CERTIFICATE HOLDERS CWALT, INC. 2006 OA 11 MORTGAGE PASS-THROUGH CERTIFICATES, and Does 1-50, | Courtroom:   2 |
|   |  | Judge:       Hon. Claudia Wilken |
| 27 | Defendants. |  |

1  Based upon the parties' Joint Stipulation Regarding Court Connected Mediation, dated
2  September 9, 2011, and good cause having been shown, court connected mediation shall be
3  completed within 60 days of September 13, 2011.
4
5  **PURSUANT TO STIPULATION, IT IS SO ORDERED.** All pending motions are
   denied without prejudice and may be reset if mediation is unsuccessful.
6
   Dated: _____**September 12**___, 2011                    _____
7                                                           HONORABLE CLAUDIA WILKEN
                                                            UNITED STATES DISTRICT COURT JUDGE
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LIBA/2221075.1                                    1

[PROPOSED] ORDER GRANTING JOINT STIPULATION REGARDING COURT CONNECTED
MEDIATION                                                           Case No. 4:11-cv-00345-CW