IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PENNY L. PATINO, as trustee of PENNY L. PATINO'S LIVING TRUST,<br><br>       Plaintiff,<br><br>   v.<br><br>RECONTRUST COMPANY, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BANK OF AMERICA; BANK OF AMERICA HOME LOANS; BAC HOME LOAN SERVICING, L.P.; COUNTRYWIDE HOME LOANS, INC.; THE BANK OF NEW YORK MELLON, formerly known as THE BANK OF NEW YORK as trustee for CERTIFICATE HOLDERS CWALT, INC. 2006 OA 11 MORTGAGE PASS-THROUGH CERTIFICATES,<br><br>       Defendants.<br>_____/ | No. C 11-00345 CW<br><br>ORDER DIRECTING THE PARTIES TO FILE JOINT STATUS REPORTS |

   The Court ORDERS that the parties shall file a joint status report setting forth the current status of this action on February 3, 2012.  The parties shall continue to file joint status reports every twenty-eight days thereafter, until such time that the Court orders otherwise or this case is closed.

   IT IS SO ORDERED.


Dated: 1/3/2012

                                    CLAUDIA WILKEN
                                    United States District Judge